SCOTT SAFFORD ET AL., APPELLEES, V. JOE ELAM, APPELLANT.

FILED NOVEMBER 5, 1931. No. 27902.

*John E. Lowe,* for appellant.

*William Niklaus* and *John E. Mockett, contra.*

Heard before ROSE, GOOD and DAY, JJ., and MESSMORE and NISLEY, District Judges.

PER CURIAM.

Plaintiffs brought this action in the district court for Lancaster county seeking to recover a balance alleged to be due on two promissory notes executed by defendant. From a verdict and judgment in favor of plaintiffs the defendant has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.